■ WILLIAM F. BALOGH, Appellant, v DELPHI HARRISON THERMAL SYSTEMS-GMC, Respondent. (Action No. 1.) DELPHI HARRISON THERMAL SYSTEMS-GMC, Third-Party Plaintiff, v INNOVATIVE INSULATED SYSTEMS, INC., et al., Third-Party Defendants-Respondents. (Action No. 2.) [784 NYS2d 461]—Appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered September 12, 2003. The order granted

defendant's motion and third-party defendants' motions and cross motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Scudder, JJ.